Form nclsndsc

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

Case No.: 4:18−bk−70125
Chapter: 7
Judge: Richard D. Taylor

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Glenn Winnes III
   349 Hempstead 29
   McCaskill, AR 71847−9073
   Discharge Withheld for Failure to Submit
   Cert of Instructional Course for Personal
   Financial Mgmt

Social Security No.:
   xxx−xx−8231

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

Debtor and/or Joint Debtor did not file Official Form 423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 5/31/18

                                      Jean Rolfs, Clerk
                                      By:
                                      Michelle Jones
                                      Deputy Clerk