**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 4:18-bk-70125 |
| | ) | |
| ROBERT GLENN WINNES, III, | ) | Chapter 7 |

**MOTION TO REOPEN**

COMES NOW, the Debtor, ROBERT GLENN WINNES, III, by and through his attorney, Wm. Blake Montgomery, and for his Motion, states and alleges as follows:

1. "A case may be reopened on motion of the debtor or other party in interest pursuant to § 350(b) of the Code." Fed. R. Bankr. P. 5010.

2. 11 U.S.C. § 350 permits the Court to reopen a case to accord relief to the debtor and for other cause.

3. "A bankruptcy court's decision to reopen a case is within the court's discretion, based on the particular circumstances and equities of the particular case." *In re Apex Oil Co., Inc.*, 406 F.3d 538, 542 (8th Cir. 2005).

4. The Eighth Circuit has explained that reopening a case

   is supposed to be little more than an administrative function which is designed to resurrect closed files from the court's archives so that some type of request for relief can be received and acted upon. This is usually done in order to take care of some detail that was overlooked or left unfinished at the time the case was closed.

   *In re Finch*, 378 B.R. 241, 246 (B.A.P. 8th Cir. 2007).

5. Originally, this case was closed because the Debtor failed to complete and file the certification of completion of his financial management course. Doc. 15. As part of that case closure, he was also unable to complete his statement of intentions pertaining to two vehicles that were property of the bankruptcy estate.

6. The Debtor has completed his second financial management course, and he seeks to file his certification of completion to "take care of some detail that was . . . left unfinished." *Id*.

7. Furthermore, other courts have found that permitting the Debtor to reopen his case so that he may file his certification of completion of financial management in order to obtain a discharge is "other cause" that complies with the requirements of 11 U.S.C. § 350. See e.g. *In re Knight*, 349 B.R. 681 (D. Id. 2006).

8. The Debtor is also prepared to file a new statement of intention related to the only two vehicles that were part of the bankruptcy estate. This statement of intention will allow the trustee, creditor, and debtor to finalize administration of the estate and discharge the case.

9. Accordingly, the Court should reopen the case because it will take care of the overlooked or unfinished details of the case and afford relief to the debtor by permitting him to finalize administration of the of the estate and seek discharge.

WHEREFORE, premises considered, the Debtor asks this Court to GRANT the Debtor's Motion to reopen the case, permit the debtor to file Form 423 for his financial management course, permit the Debtor to file a new statement of intention, and for all other relief this Court deems just and proper.

Dated this 20th day of August 2018.

> Respectfully Submitted,
> 
> ROBERT GLENN WINNES, III
> 
> DEBTOR
> 
> By: /s/ *Wm. Blake Montgomery*
> Wm. Blake Montgomery

                        AR Bar No. 2015043
                        Montgomery Law Firm, PLLC
                        110 S. Main St.
                        P.O. Box 785
                        Hope, Arkansas 71802
                        Ph: (870) 777-6700
                        Fax: (870) 777-6703
                        blake@bmontgomerylaw.com
                        *Attorney for the Debtor*

## **CERTIFICATE OF SERVICE**

I certify that this document was served in accordance with the Federal Rules of Bankruptcy Procedure on this day, by the manner indicated, upon the following persons:

Renee S. Williams
125 Roberts Ridge Terrace
Hot Springs, AR 71901-7286
Phone: (501) 624-4330
Email: rwilliamstrustee@gmail.com
*Trustee*
*Via CM-ECF*

Dept of Ed/582/Nelnet
Attn: Claims/Bankruptcy
PO Box 82505
Lincoln, NE 68501-2505
*Creditor*
*Via CM-ECF*

Dept of Education/Nelnet
3015 S Parker Rd
Aurora, CO 80014-2904
*Creditor*
*Via CM-ECF*

Hartley & McGehee
40 Aulike St Ste 314
Kailua, HI 96734-2753
*Creditor*
*Via CM-ECF*

Navy Federal Credit Union
PO Box 3700
Merrifield, VA 22119-3700
*Creditor*
*Via CM-ECF*

Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000
*Creditor*
*Via CM-ECF*

Ocean Cty Probation
PO Box 2191
Toms River, NJ 08754-2191
*Creditor*
*Via CM-ECF*

Property Management Associates
4605 Pembroke Lake Cir Ste 302
Virginia Beach, VA 23455-6448
*Creditor*
*Via CM-ECF*

Whiteford, Taylor & Preston LLP
3190 Fairview Park Dr Ste 800
Falls Church, VA 22042-4558
*Creditor*
*VIA CM-ECF*

Dated this 20th day of August 2018.

/s/ *Wm. Blake Montgomery*
Wm. Blake Montgomery